# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1737. LAKEMEA WILLIAMS et al v. SOUTHERN GENERAL INSURANCE COMPANY.

Lakemea Williams and Kingston Harvey ("Plaintiffs") sued Kanisha Pettis for claims arising from a motor vehicle collision. Williams's uninsured motorist carrier, Southern General Insurance Company, filed a special appearance answer and a motion to dismiss for improper service and expiration of the statute of limitations. On October 3, 2025, the superior court granted Southern General's motion to dismiss. Plaintiffs then filed a motion for reconsideration, which the superior court denied on February 19, 2026. On March 6, 2026, Plaintiffs filed a notice of appeal, seeking to appeal the February 19, 2026 ruling as well as the underlying October 3, 2025 ruling. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Plaintiffs filed their notice of appeal 154 days after entry of the October 3, 2025 order. Although they filed a motion for reconsideration in the interim, the filing of such a motion does not extend the time in which to file a notice of appeal, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App.

510, 510 (536 SE2d 187) (2000). Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   05/07/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*